■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENEISE McCLAIN, Also Known as DENISE McCLAIN, Appellant. — Judgment of the Supreme Court, Kings County (Marano, J.), rendered May 29, 1981, affirmed.

(See *People v Santiago,* 100 AD2d 857; *People v Moore,* 91 AD2d 1050.) Titone, J. P., Mangano, Gibbons and Brown, JJ., concur.